### 19318. HOLLIDAY v. THE STATE.

WYATT, Presiding Justice. 1. The defendant was tried and convicted in the Criminal Court of Fulton County of the offense of bastardy. He filed a petition for writ of certiorari to the Fulton County Superior Court which was duly overruled, and he excepted to this judgment. A failure to give the solicitor-general at least ten days' notice of the sanction of a writ of certiorari to which the State is a party and of the time and place of hearing, or to obtain a waiver of such notice, is fatal to the proceedings. *Washburn* v. *Thompson,* 78 *Ga. App.* 133 (50 S. E. 2d 761); *Glenn* v. *State,* 122 *Ga.* 593 (50 S. E. 371); *Culbreth* v. *State,* 115 *Ga.* 242 (41 S. E. 594); *McElhannon* v. *State,* 112 *Ga.* 221 (37 S. E. 402). Service upon and notice to the Solicitor of the Criminal Court of Fulton County is insufficient to cure the defect. *Washburn* v. *Thompson,* supra.

2. In view of what is held above, it is not necessary to consider certain constitutional questions and certain other questions raised in the record in this case.

*Judgment affirmed. All the Justices concur.*

SUBMITTED MAY 16, 1956—DECIDED JUNE 12, 1956.

*Bobby Lee Cook, Bruce B. Edwards, C. T. Culbert,* for plaintiff in error.

*Paul Webb, Solicitor-General, John I. Kelley, Solicitor, B. B. Zellars, Charlie O. Murphy,* contra.